IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR66** |
| vs. | |
| TANNER CHOQUETTE, | **ORDER** |
| Defendant. | |

This matter comes before the Court on the Request for Transcript, filed by non-party Robbin Alex for the sentencing hearing held on February 23, 2026. Filing No. 39. The request for transcript is granted, provided the non-party pays for preparation of the transcript. The court reporter from the hearing is directed to notify the non-party of the cost of said transcript so financial arrangements can be made.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party, Robbin Alex, Filing No. 39, is granted.

2. The Clerk of Court is directed to mail a copy of this order to Robbin Alex at the address provided in Filing No. 39.

Dated this 9th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge